TRUDY FAYE KELLY
BILL CULPEPPER
3085 BIENVILLE DR
JACKSON, MS 39212

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

SEVENTH AVE
ATTN: BANKRUPTCY
1112 7TH AVE
MONROE, WI 53566

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

SIMPSON LAW FIRM
P.O. BOX 2058
MADISON, MS 39130-2058

ASHRO
ATTN: BANKRUPTCY
1112 7TH AVE
MONROE, WI 53566

LVNV FUNDING/RESURGENT
ATTN: BANKRUPTCY
PO BOX 1269
GREENVILLE, SC 29602

SMITH, ROUCHON
SRA
1456 ELLIS AVE
JACKSON, MS 39204

CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130

MIDNIGHT VELVET
ATTN: BANKRUPTCY
1112 7TH AVENUE
MONROE, WI 53566

SPEEDE CASH
P.O. BOX 780408
WICHITA, KS 67278

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

MIKES AUTO SALES
1030 WOODROW WILSON
JACKSON, MS 39213

THE SWISS COLONY
ATTN:BANKRUPTCY
1112 SEVENTH AVE
MONROE, WI 53566

CNAC - MS104
EARTH CREDIT
2521 HWY 80 EAST
PEARL, MS 39208

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-00

EXETER FINANCE LLC
ATTN: BANKRUPTCY
PO BOX 166008
IRVING, TX 75016

NELNET
PO BOX 82561
LINCOLN, NE 68501

WESTLAKE PORTFOLIO
ATTN: BANKRUPTCY
P.O. BOX 76809
LOS ANGELES, CA 90054

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

PROGRESSIVE LEASING
256 W DATA DR
DRAPER, UT 84020

IC SYSTEMS, INC
ATTN: BANKRUPTCY
444 HWY 96 EAST
ST. PAUL, MN 55127

REPUBLIC FINANCE LLC/L
ATTN: BANKRUPTCY
7031COMMERCE CIRCLE
BATON ROUGE, LA 70809