Certificate Number: 17082-MSS-DE-040241535

Bankruptcy Case Number: 25-02425



17082-MSS-DE-040241535

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2025, at 7:30 o'clock AM MST, TRUDY F KELLY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   October 27, 2025            By:   /s/Boglarka Brown

                                    Name: Boglarka Brown

                                    Title: Certified Credit Counselor