United States Bankruptcy Court
Southern District of Mississippi

In re:   Case No. 25-02425-JAW
Trudy Faye Kelly   Chapter 7
Bill Culpepper
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Dec 30, 2025     Form ID: 318     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Trudy Faye Kelly, Bill Culpepper, 3085 Bienville Dr, Jackson, MS 39212-2576 |
| 5569244 | + | Cnac - Ms104, Earth Credit, 2521 Hwy 80 East, Pearl, MS 39208-3328 |
| 5569245 | ++ | EXETER FINANCE LLC, NANNETTE ALAMILLA, 2101 W JOHN CARPENTER FWY, IRVING TX 75063-3228 address filed with court:, Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5569252 | | Mikes Auto Sales, 1030 Woodrow Wilson, Jackson, MS 39213 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Dec 31 2025 00:37:00 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5569241 | + | EDI: CBS7AVE | Dec 31 2025 00:37:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5569242 | + | EDI: CAPITALONE.COM | Dec 31 2025 00:37:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5569243 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Dec 30 2025 19:36:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5569245 | | Email/Text: exeter@ebn.phinsolutions.com | Dec 30 2025 19:36:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5570938 | + | EDI: AISACG.COM | Dec 31 2025 00:37:00 | Exeter Finance LLC Department, AIS Portfolio Services LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City OK 73118-7901 |
| 5569246 | + | EDI: AMINFOFP.COM | Dec 31 2025 00:37:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5569247 | + | EDI: LCIICSYSTEM | Dec 31 2025 00:37:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5569249 | + | Email/Text: ebone.woods@usdoj.gov | Dec 30 2025 19:36:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5569248 | | EDI: IRS.COM | Dec 31 2025 00:37:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5569250 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 19:38:10 | LVNV Funding/Resurgent, Attn: Bankruptcy, Po Box 1269, Greenville, SC 29602-1269 |
| 5569253 | | EDI: MSDOR | Dec 31 2025 00:37:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5569251 | + | EDI: CBS7AVE | Dec 31 2025 00:37:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 30, 2025 | Form ID: 318 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Avenue, Monroe, WI 53566-1364 |
| 5569254 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 30 2025 19:36:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5569255 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 30 2025 19:36:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5569256 | + | Email/Text: bankruptcy@republicfinance.com | Dec 30 2025 19:36:00 | Republic Finance Llc/l, Attn: Bankruptcy, 7031commerce Circle, Baton Rouge, LA 70809-1996 |
| 5569257 | + | EDI: CBS7AVE | Dec 31 2025 00:37:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5569258 | | Email/Text: rboone@simpsonlawfirm.net | Dec 30 2025 19:36:14 | Simpson Law Firm, P.O. Box 2058, Madison, MS 39130-2058 |
| 5569259 | + | Email/Text: Tracey@sra-inc.net | Dec 30 2025 19:36:00 | Smith, Rouchon, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5569260 | + | Email/Text: bkinfo@ccfi.com | Dec 30 2025 19:36:00 | Speede Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 5569261 | + | EDI: CBS7AVE | Dec 31 2025 00:37:00 | The Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 5569262 | ^ | MEBN | Dec 30 2025 19:34:56 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5569263 | ^ | MEBN | Dec 30 2025 19:34:41 | Westlake Portfolio, Attn: Bankruptcy, P.O. Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com ms04@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Trudy Faye Kelly trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Dec 30, 2025 | Form ID: 318 | Total Noticed: 26 |

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Bill Culpepper trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

| | | | |
|---|---|---|---|
| *Information to identify the case:* | | | |
| Debtor 1 | **Trudy Faye Kelly** | Social Security number or ITIN | xxx–xx–1694 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Bill Culpepper** | Social Security number or ITIN | xxx–xx–7389 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **25–02425–JAW** | | | |

## Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Trudy Faye Kelly**  
aka Trudy Faye Kelly–Culpepper, aka Trudy Kelly Culpepper, fka Trudy King

**Bill Culpepper**

Dated: 12/30/25

**By the court:** /s/Jamie A. Wilson  
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**