United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                      Case No. 25-02425-JAW

Trudy Faye Kelly                                                                  Chapter 7

Bill Culpepper

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                         User: mssbad                                   Page 1 of 2

Date Rcvd: Dec 30, 2025                      Form ID: van022                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2026:**

**Recip ID**                    **Recipient Name and Address**
db/jdb                     +  Trudy Faye Kelly, Bill Culpepper, 3085 Bienville Dr, Jackson, MS 39212-2576

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:**

**Name**                        **Email Address**

Eileen N. Shaffer
                             eshaffer@eshaffer-law.com  ms04@ecfcbis.com

Thomas Carl Rollins, Jr
                             on behalf of Debtor Trudy Faye Kelly trollins@therollinsfirm.com
                             jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                             on behalf of Joint Debtor Bill Culpepper trollins@therollinsfirm.com
                             jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                             USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-3

Date Rcvd: Dec 30, 2025

TOTAL: 4

User: mssbad

Form ID: van022

Page 2 of 2

Total Noticed: 1

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**                                                              **Case No.:** 25–02425–JAW

Trudy Faye Kelly                                                        **Chapter:** 7
aka Trudy Faye Kelly–Culpepper, aka Trudy Kelly
Culpepper, fka Trudy King

Bill Culpepper

### FINAL DECREE/ORDER CLOSING CASE

The court having found that the estate of the above named debtor(s) or debtor(s) in possession has been fully administered in accordance with the procedures required by Rule 5009 or Rule 3022, Fed. R. Bankr. P.; it is

**ORDERED** that the trustee (if any) herein is hereby discharged; that unless there is a blanket bond herein, the trustee's surety is hereby discharged; that regardless of whether the trustee's bond herein is a case bond or a blanket bond, the surety is relieved of any liability for the actions or inactions of the trustee that may be incurred after the termination of its suretyship, but is not relieved of any liability for the actions or inactions of the trustee incurred during its suretyship; and that this case be and the same is hereby closed pursuant to 11 U.S.C., Section 350.

**DATED:** 12/30/25                          **/s/Jamie A. Wilson**
                                             **United States Bankruptcy Judge**

---

*Include all names used by Debtor(s) within last 8 years*

VAN022–OCAC